JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUNQI ZHANG, | ) | Case No. ED CV 15-2348-JGB (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LORETTA LYNCH, Attorney General, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Dismissing Petition for Writ of Habeas Corpus for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: March 30, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE